IN RE:

**JESUS M MENDEZ LESPIER**

BK CASE # 10-11492-MCF

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

1 - The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 12/21/10

☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____

FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### 1. PAYMENT PLAN SCHEDULE

$ 160.00 x 60 = $9,600.00
$ ____ x ____ = ____
$ ____ x ____ = ____
$ ____ x ____ = ____
$ ____ x ____ = ____

TOTAL = $9,600.00

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from
☐ Sale of property identified as follows:
____
____

☐ Other: ____
____
____

Periodic Payments to be made other than, and in addition to the above.
$ ____ x ____ = ____

PROPOSED BASE: $9,600.00

### III. ATTORNEY'S FEES

(To be paid as administrative expenses)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,744.00

Signed: /S/ Jesus M Mendez Lespier
DEBTOR

/S/
JOINT DEBTOR

/S/ Noemi Landrau Rivera
Attorney for debtor

### 11 DISBURSE FUNDS IN THE FOLLOWING ORDER AFTER ADMINISTRATIVE EXPENSES

A- ADEQUATE PROTECTION PAYMENTS CR ____ $ ____

B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☒ Trustee pays secured ARREARS:
Cr. Banco Santander     Cr. ____     Cr. ____
# 1161                  # ____       # ____
$ ____                  $ ____       $ ____

2. ☐ Trustee pays IN FULL Secured Claims
Cr. ____     Cr. ____     Cr. ____
# ____       # ____       # ____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. ____     Cr. ____     Cr. ____
# ____       # ____       # ____
$ ____       $ ____       $ ____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
____

5. ☐ OTHER: ____

6. ☒ Debtor Otherwise maintains regular payments directly to:
Bqanco Santander (mortgage)

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☐ Does not Classify Claims.
1. (a) Class A- ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____     Cr. ____     Cr. ____
# ____       # ____       # ____

(b) ☐ Other: ____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

A. All future tax refunds will be paid into the plan as periodic payments. Any additional amount paid from tax refunds proceeds will automatically increase the plan base. B. Notice to all parties in interest as per attached list.

ATTORNEY FOR DEBTOR: NOEMI LANDRAU RIVERA, ESQ     Phone: 787-843-3393

| | |
|---|---|
| **MENDEZ LESPIER, JESUS MANUEL**<br>HC 04 BOX 7196<br>JUANA DIAZ, PR  00795 | **PEP BOYS**<br>PO BOX 981127<br>EL PASO, TX  79998-1127 |
| Cervoni Landrau & Associates<br>PO Box 370<br>Mercedita, PR  00715-0370 | SAM'S CLUB<br>PO BOX 981064<br>EL PASO, TX  79998-1064 |

**BANCO POPULAR PUERTO RICO**
PO BOX 71375
SAN JUAN, PR  00936-7077

**BANCO SANTANDER**
PO BOX 70117
SAN JUAN, PR  00936-8117

**CITI**
PO BOX 653084
DALLAS, TX  75265

**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
SAN JUAN, PR  00902-4140

**DTOP**
PO BOX 41269
SANTURCE, PR  00940

**FIA CARD SERVICES**
PO BOX 15019
WILMINGTON, DE  19886-5019

**HSBC RETAIL SERVICES**
PO BOX 60148
CITY OF INDUSTRY, CA  91716-0148

**INTERNAL REVENUE SERVICES**
PO BOX 21126
PHILADELPHIA, PA  19194